**Ballard Spahr LLP**

1675 Broadway, 19th Floor
New York, NY 10019-5820
TEL 212.223.0200
FAX 212.223.1942
www.ballardspahr.com

James A. Mitchell
Tel: 212.223.0200 ext. 8006
Fax: 212.223.1942
mitchellj@ballardspahr.com

December 2, 2024

*By ECF*

Hon. Vernon S. Broderick
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

APPLICATION GRANTED
SO ORDERED /s/ Vernon Broderick
VERNON S. BRODERICK
U.S.D.J.

Date: December 3, 2024

Re:   *Patel v. FanDuel, et al, 24-cv-07402 (VSB)*

Dear Judge Broderick:

I represent the defendant Boyd Gaming, Corp. in the above-referenced matter. I write, pursuant to Your Honor's Individual Rules, to request that Defendant Boyd Gaming's time to answer, move, or otherwise respond to the Complaint, which is currently due December 10, 2024, be extended up to and including January 17, 2025 to allow sufficient time for the parties to discuss the matter and, if necessary, prepare a response to the complaint.

This is the Defendant Boyd Gaming's first request for an extension of time to respond to the Complaint. The requested extension will not impact any other scheduled dates.

Plaintiff's counsel, Matthew R. Litt, Esq., has consented to the requested adjournment.

Thank you for your consideration of this request.

Respectfully submitted,

/s/ *James A. Mitchell*

James A. Mitchell

Cc:  All Counsel of Record (*by* ECF)