

| | | |
|---|---|---|
| Steven W. Gold | Heath Loring | **Senior Counsel** |
| Steven G. Mintz* | Peter Guirguis | Jack A. Horn |
| Jeffrey D. Pollack* | Andrew R. Gottesman | Noreen E. Cosgrove |
| Elliot G. Sagor | Matthew S. Seminara | Timothy J. Quill, Jr. |
| Ira Lee Sorkin | Julia B. Milne | |
| Lon Jacobs | Ryan W. Lawler* | **Of Counsel** |
| Steven A. Samide | Andrew A. Smith | Honorable Vito J. Titone (*dec.*) |
| Scott A. Klein | Amit Sondhi | NY State Court of Appeals 1985–1998 |
| Terence W. McCormick*** | Brett Joshpe | Harvey J. Horowitz (*dec.*) |
| Robert B. Lachenauer | Michael Mooney | Honorable Howard Miller |
| Roger L. Stavis | Adam K. Brody | NY Appellate Div. 1999–2010 [ret.] |
| Charles A. Ross** | Andrew E. Steckler | Alan Katz |
| Richard M. Breslow | Alex J. Otchy* | Eric M. Kutner |
| Barry M. Kazan* | Philip Tafet | Andrew P. Napolitano° |
| Craig D. Spector* | Carli M. Aberle | Brian T. Sampson |
| Kevin M. Brown | Zachary J. Turquand | Erica Nazarian |
| Alexander H. Gardner | Kellyann T. Ryan | Tara Shamroth |
| | Sitie "Esther" Tang | Jared Van Vleet |

*Also admitted in New Jersey
**Also admitted in Florida
***Also admitted in California

°Admitted to practice only before all courts in New Jersey and all Federal Courts in New York City

December 6, 2024

**Via ECF**

Hon. Vernon S. Broderick
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

APPLICATION GRANTED
SO ORDERED [signature]
VERNON S. BRODERICK
U.S.D.J.
Date: December 9, 2024

Re: *Patel v. FanDuel, et al*, 24-cv-07402 (VSB)

Dear Judge Broderick:

We represent the defendant Fox Corporation in the above-referenced matter.

I write under Your Honor's Individual Rules, to request that the Court extend Fox's time to answer, move, or otherwise respond to the Complaint, currently due December 10, 2024, up to and including January 17, 2025 to allow sufficient time for the parties to discuss the matter and, if necessary, prepare a response to the complaint. Defendant Boyd Gaming recently received a similar extension.

This is Fox's first request for an extension of time to respond to the Complaint. The requested extension will not affect any other scheduled dates. Plaintiff's counsel has consented to the requested adjournment.

---

**Mintz & Gold LLP**
600 Third Avenue, 25th Floor, New York, NY 10016

**O** 212.696.4848 | **F** 212.696.1231
mintzandgold.com



December 6, 2024
Hon. Vernon S. Broderick
Page 2

Thank you for your consideration of this request.

                              Respectfully submitted,

                              */s/ Kevin M. Brown*
                              Kevin M. Brown

Cc: Counsel of Record (By ECF)