UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMIT PATEL,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>FAN DUEL, INC., et al.,<br><br>　　　　　　　Defendants. | No.: 1:24-cv-07402 (VSB)(RFT)<br><br>**NOTICE OF VOLUNTARY DISMISSAL UNDER FED R. CIV. P. 41(a)(1)(A)(i)** |

Under Fed. R. Civ. P. 41(a)(1)(A)(i) Plaintiff Amit Patel, through his counsel Matthew R. Litt, Litt Law, LLC, gives notice that the above action is voluntarily dismissed without prejudice against defendant Fox Corporation.

Date:  January 3, 2025
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　Litt Law, LLC

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　By: Matthew R. Litt
　　　　　　　　　　　　　　　　　　　　　　　789 Farnsworth Avenue
　　　　　　　　　　　　　　　　　　　　　　　Bordentown, NJ 08505
　　　　　　　　　　　　　　　　　　　　　　　908-902-7071
　　　　　　　　　　　　　　　　　　　　　　　MLitt@LittLaw.net