UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X

AMIT PATEL,

                        Plaintiff,

          v.

FAN DUEL, INC.; FLUTTER
ENTERTAINMENT, PLC; FOX
CORPORATION; BOYD GAMING CORP;
XYZ CORPS. 1-10; JANE AND JOHN DOES
1-10,

                        Defendants.

Ind. No. 1:24-cv-07402 (VSB)

**NOTICE OF**
**VOLUNTARY DISMISSAL**

-------------------------------------------------------- X

       Pursuant to Fed. R. Civ. P. 41(a)(1)(A), Plaintiff, Amit Patel, by and through its undersigned counsel, hereby voluntarily dismisses the above-entitled action as to Defendant Boyd Gaming Corp., without prejudice, and without costs or fees to any party.

Dated: January 3, 2025

**LITT LAW, LLC**

By: _____
Matthew R. Litt, Esq.
789 Farnsworth Avenue
Bordentown, NJ 08585
Phone (908) 902-7072
Email: MLitt@LittLaw.Net

**Attorney for Plaintiff Amit Patel**