UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
AMIT PATEL,                                                  :
:
                              Plaintiff, :
:            24-CV-7402 (VSB)
                -against-                         :
:            **ORDER**
FAN DUEL, INC., *et al.*,                                    :
:
                          Defendants. :
:
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

        On January 3, 2025, Plaintiff filed a notice of voluntary dismissal under Rule 41(a)(1)(A)(i) of the Federal Rules of Procedure as to Defendant Fox Corporation. (Doc. 19.) That same day, Plaintiff filed a similar notice of voluntary dismissal under Rule 41(a)(1)(A)(i) as to Defendant Boyd Gaming Corp. (Doc. 20.) Rule 41(a)(1)(A)(i) states that "the plaintiff may dismiss an action without a court order by filing . . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Defendants Fox Corporation and Boyd Gaming Corp. are therefore dismissed because they have not served either an answer or a motion for summary judgment in this action. Although a court order is not required under Rule 41(a)(1)(A)(i), for the avoidance of doubt, the Clerk of Court is respectfully directed to dismiss the action as to Defendants Fox Corporation and Boyd Gaming Corp.

SO ORDERED.

Dated:    January 6, 2025
            New York, New York

                                                    VERNON S. BRODERICK
                                                United States District Judge