UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMIT PATEL,<br><br>                    Plaintiff,<br><br>      v.<br><br>FAN DUEL, INC., FLUTTER ENTERTAINMENT, PLC, FOX CORPORATION, BOYD GAMING CORP., XYZ CORPS. 1-10, JANE AND JOHN DOES 1-10,<br><br>                    Defendants. | CASE NUMBER: 1:24-CV-07402-VSB<br><br>**ORAL ARGUMENT REQUESTED** |

### FANDUEL, INC.'S NOTICE OF MOTION AND MOTION TO COMPEL ARBITRATION AND STAY THE CASE

PLEASE TAKE NOTICE that pursuant to the Federal Arbitration Act, Defendant FanDuel, Inc. respectfully moves the Court for an order compelling arbitration and staying the case. This motion is based on the attached Memorandum of Law, Declarations, Exhibits, and any other matters the Court finds appropriate. FanDuel respectfully requests oral argument on this motion.

Dated: January 17, 2025        SUSMAN GODFREY L.L.P

By: */s/ Vineet Bhatia*
Vineet Bhatia (2419273)
vbhatia@susmangodfrey.com
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

Jason Bell (*pro hac vice*)
jbell@susmangodfrey.com
One Manhattan West
New York, New York 10001
Telephone: (212) 336-8330
Facsimile: (212) 336-8340

*Attorneys for FanDuel and Flutter Entertainment*

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 17, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                        */s/ Vineet Bhatia*
                                        Vineet Bhatia