UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMIT PATEL,<br><br>     Plaintiff,<br><br>  v.<br><br>FAN DUEL, INC., FLUTTER ENTERTAINMENT, PLC, FOX CORPORATION, BOYD GAMING CORP., XYZ CORPS. 1-10, JANE AND JOHN DOES 1-10,<br><br>     Defendants. | CASE NUMBER: 1:24-CV-07402-VSB<br><br>**ORAL ARGUMENT REQUESTED** |

**FANDUEL, INC.'S  NOTICE OF MOTION AND MOTION TO DISMISS THE COMPLAINT UNDER FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)**

PLEASE TAKE NOTICE that pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendant FanDuel, Inc. respectfully moves the Court for an order dismissing the Complaint.  This motion is based on the attached Memorandum of Law and any other matters the Court finds appropriate.  FanDuel respectfully requests oral argument on this motion.

| | |
|---|---|
| Dated: March 7, 2025 | SUSMAN GODFREY L.L.P.<br><br>By: */s/ Vineet Bhatia*<br>Vineet Bhatia (2419273)<br>vbhatia@susmangodfrey.com<br>1000 Louisiana Street, Suite 5100<br>Houston, Texas 77002<br>Telephone: (713) 651-9366<br>Facsimile: (713) 654-6666<br><br>Stephen E. Morrissey (*pro hac vice*)<br>smorrissey@susmangodfrey.com<br>401 Union Street, Suite 3000<br>Seattle, Washington 98101<br>Telephone: (206) 516-3880<br>Facsimile: (206) 516-3883<br><br>Jason Bell (*pro hac vice*)<br>jbell@susmangodfrey.com<br>One Manhattan West<br>New York, New York 10001<br>Telephone: (212) 336-8330<br>Facsimile: (212) 336-8340<br><br>*Attorneys for FanDuel, Inc.* |

1

## CERTIFICATE OF SERVICE

      I hereby certify that on March 7, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                      */s/ Vineet Bhatia*  
                                      Vineet Bhatia