# LITT LAW, LLC

Matthew R. Litt, Esq.*
MLitt@LittLaw.Net
Ph: (908) 902-7071
789 Farnsworth Avenue
Bordentown, New Jersey 08505
www.BettorLawyers.com
*Licensed to Practice Law in NJ & NY

September 4, 2026

**Via Electronic Case Filing**
Hon. Vernon S. Broderick, U.S.D.J.
United States District Court for the Southern District of New York

Re: Amit Patel v. FanDuel, Inc., et al
24-CV-7402 (VSB)
**Joint Status Letter**

Dear Judge Broderick:

This office represents the Plaintiff/Claimant Amit Patel ("Claimant") in this matter. Pursuant to Your Honor's Order of May 7, 2026 (the "Order"), please allow this to serve as a joint 120-day update on the status of arbitration proceedings.

Claimant filed his arbitration demand with JAMS pursuant to Section 15.2 of the Terms of Use and the Order on September 2, and served Defendant / Respondent FanDuel, Inc. ("Respondent") the same day. All paperwork has been filed by Claimant, including Certification of Service and the required initiating fee. My understanding of the next step(s) is that JAMS rules typically provide 14 days for Respondent to join issue once JAMS confirms the submission.

The parties are happy to continue to provide updates at any intervals requested by the Court. The Court's attention to this matter is appreciated.

Respectfully submitted,
Litt Law, LLC

By: Matthew R. Litt

The Court appreciates the parties' update on the status of arbitration proceedings. The parties are directed to file another joint letter regarding the status of the arbitration proceedings within 90 days of this Order, and every 90 days afterwards.

SO ORDERED:

HON. VERNON S. BRODERICK
UNITED STATES DISTRICT JUDGE

Date: September 8, 2026